UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DANNY GONZALEZ,

                                          Plaintiff,

                    -against-

THE CITY OF NEW YORK; COMMISSIONER
RAYMOND W. KELLY; SUPERVISOR P.O. JOHN DOE
# 1, and P.O. JOHN DOES # 1-2; the individual defendants
sued individually and in their official capacities,

                                          Defendants.

------------------------------------------------------------------------X

**DECLARATION OF
SERVICE OF SUMMONS
AND COMPLAINT ON
DEFENDANTS CITY OF
NEW YORK & KELLY**

08 CV 4897 (RPP)

              I, MICHAEL OLIVER HUESTON, declare, pursuant to 28 U.S.C.
§ 1746, under penalty of perjury as follows:

              1.       I am not a party to this action, I am over 18 years of age, and I
reside in the State of New York.  On June 2, 2008, at approximately 4:05 p.m., I served
the summons and complaint in this matter on defendants CITY OF NEW YORK, and
RAYMOND W. KELLY, by delivering a copy of same to DOCKETING CLERK
MADELYN SANTANA, a person of suitable age and discretion at defendants' place of
business, within the state, at LAW DEPARTMENT OF THE CITY OF NEW YORK,
100 Church Street, New York, New York.   This person is a Hispanic female,
approximately 45 years old, and approximately 5' 6" tall.

              2.       On May 31, 2008, I mailed a copy of the summons and complaint
post paid by first class mail properly addressed to the defendants at the aforementioned
address in an envelope marked personal and confidential and not indicating that the
communication was from an attorney or concerned an action against the defendants and
deposited said envelope in a post office official depository under exclusive care of the
United States Postal Service.

Dated:        New York, New York
              June 2, 2008

                         ____s/_____
                         MICHAEL O. HUESTON (MH 0931)
                         350 Fifth Avenue, Suite 4810
                         New York, New York 10118